TO: The CRIMINAL COURT appeal
MR. Abel Acosta COURT Clerk

10-5-2015

501653-07

From ORVIS WAYNE PORTER
# 0151565
JACK. HARWell, JAil
3101 E. MARliN Hwy
WACO, TEXAS 76705

( W10-24557-J C )

Have the COURT of CRIMINAL appeal Rule
iN CASE W10-24557-J (C) coued you —
pleASe fowARd me any answeR yeAt —
thanks you!

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 09 2015

Abel Acosta, Cleri

TO: The Criminal court appeal
mr. abel acosta court clerk

From: Orvis Wayne Porter
#0151565
Jack, Harwell, Jail
3101 E. Marlin Hwy
Waco, Texas 76705

W10-24557-J (C)
W10-24557-J (C)

Could you please tell me the court got
my Traverse, I send to the court of
July 2015 in case, W10-24557-J (C)
I never got a notice if the —

Traverse was ever filed in my
case, could please send me notice —

—Thank you!

TO: The Court of Criminal appeal
General Counsel
Sian Schilhab                          10-5-2015

From: Oruis Wayne Porter
# 0151565
Jack. Harwell Jail
3101 E. Marlin Hwy
Waco, Texas 76705

(Case)
W10-24557-J (B)
W10-24557-J (C)

I am write because i would like to know what i can do, I filed a 11.07 writ in Dallas county December-13, 2013 the did a desingnated order of issue - January 6, 2014, The court will not foward- my Brief, They have yeat to do a desingnated order in my case or investgated it been 2 years - I filed a writ mandums in the court - criminal appeal in June 2015, That was denied- so what should i do? could you please foward me a answer, my writ was file in Dallas county criminal district court 3, Judge Gracie, Lewis court, could you please help me? Thank you!